IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH ALEARDI,<br><br>Plaintiff,<br><br>v.<br><br>ROTHMAN NATIONAL MANAGEMENT SERVICES ORGANIZATION, LLCL et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 23-861 |

## ORDER

**AND NOW**, this 12th day of February 2026, upon consideration of Defendants' Motion in Limine to Enforce the July 2025 Stipulation Between Plaintiffs and Rothman and Preclude all Evidence Related to Alexander R. Vaccaro (Doc. No. 108), Defendants' Motion in Limine to Preclude Evidence Regarding FEP Agency Proceedings (Doc. No. 112), Defendants' Motion in Limine to Preclude Evidence Regarding Evidence of Liability Insurance Coverage (Doc. No. 113), Defendants' Motion in Limine to Preclude Evidence Related to Back Pay and Front Pay Damages (Doc. No. 117), Defendants' Motion in Limine to Preclude Plaintiffs from Introducing any Expert Testimony at Trial (Doc. No. 121), and the Report and Recommendation of James R. Rohn, Esquire (See 23-cv-734, Doc. No. 135), it is **ORDERED** as follows:

1. The Report and Recommendation of Special Master James J. Rohn, Esquire (23-cv-734, Doc. No. 135) is **APPROVED** and **ADOPTED**.

2. Defendants' five Motions in Limine (Doc. Nos. 108, 112, 113, 117, 121) are **GRANTED** as unopposed.

BY THE COURT:

/s/ Joel H. Slomsky

Joel H. Slomsky, J.